UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
JUN - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN IVEY,

Plaintiff,

v.

NATIONAL TREASURY EMPLOYEES UNION,

Defendant.

Civil Action No. 05 1147

## MEMORANDUM OPINION

This matter is before the Court on consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint.

The instant complaint is the sixth complaint plaintiff has filed in this Court. See Ivey v. Dep't of the Treasury, Civil Action No. 04-214 (EGS) (pending); Ivey v. Snow, Civil Action No. 04-763 (UNA) (dismissed for failure to comply with Fed. R. Civ. P. 8(a)); Ivey v. Snow, Civil Action No. 04-1272 (UNA) (dismissed for failure to state a claim upon which relief can be granted); Ivey v. Snow, Civil Action No. 04-1377 (EGS) (transferred to the United States District Court for the Northern District of Georgia); Ivey v. U.S. Office of Special Counsel, Civil Action No. 05-176 (EGS) (pending). All of the claims raised in all of plaintiff's complaints stem from his termination in 2001 from a position with the Internal Revenue Service. As the Court has informed him at least twice, plaintiff need not file a separate complaint in order to raise claims that properly are raised in another civil action, or to make additional allegations against



N

3

defendants who already are parties in another civil action.

The Court will dismiss this action without prejudice. An Order consistent with this Memorandum is issued separately.

United States District Judge

Date: 5/18/05