UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,

    Plaintiff,

v.                                                  Civil Action No.

NATIONAL TREASURY EMPLOYEES UNION,                  05 1147

    Defendant.

**FILED**
JUN - 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

    SO ORDERED.

_____
United States District Judge

Date: 5/18/05