UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NATIONAL TREASURY EMPLOYEES )<br>UNION,  )<br>)<br>Defendant.  )<br>) | **FILED**<br>JUL 1 2 2005<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 05-1147 |

## ORDER

This matter comes before the Court on Plaintiff's Motion to Reopen the Case with Consideration to Objections and Corrections. On June 9, 2005, the Court dismissed this without prejudice because plaintiff has two complaints pending in this Court involving the same factual and legal claims and parties. In that order, the Court noted that plaintiff had filed six prior complaints of this nature.

Plaintiff's current motion raises no additional facts or law that leads the Court to reconsider its decision. Accordingly, it is

**ORDERED** that the above-referenced motion is **DENIED**.

DATE:

7/12/05

_____
United States District Judge

