UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_Steven Ivey_
Plaintiff

vs.                                    Civil Action No. _05-1147 UNA_

_National Treasury Employees Union_
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _12_ day of _August_, 20_05_, that _Steven Ivey, pro se, plaintiff_ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the _12_ day of _July_, 20_05_, in favor of _NTEU_ against said _Steven Ivey, pro se_.

_/s/ Steven Ivey_
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**   Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[USCADC Form __ (Rev. May 2004)]