# United States Court of Appeals
### District of Columbia Circuit

**DOCKETING STATEMENT**
*All Cases Other than Administrative Agency Cases*
*(To be completed by appellant)*

1. CASE NO. __05-1147__    2. DATE DOCKETED _____
3. CASE NAME (lead parties only) __IVEY__ v. __National Treasury Employees Union__
4. TYPE OF CASE:  [X] District Ct - [ ] US Civil [ ] Private Civil [ ] Criminal [ ] Bankruptcy
   [ ] Bankruptcy - if direct from Bankruptcy Court
   [ ] Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    YES ____    NO _X_
   If YES, cite statute: _____
6. CASE INFORMATION:
   a. **District Court Docket No.**    **Bankruptcy Court Docket No.**    **Tax Court Docket No.**
      Civil Action __05-1147__    Bankruptcy _____    Tax _____
      Criminal _____    Adversary _____
      Miscellaneous _____    Ancillary _____
   b. Review is sought of:    [X] Final Order
      [ ] Interlocutory Order appealable as of right
      [ ] Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge _____    Magistrate Judge _____
   d. Date of order(s) appealed (use date docketed): __July 12, 2005__
   e. Date notice of appeal filed: __8/12/05__
   f. Has any other notice of appeal been filed in this case?    YES ____    NO _X_
      If YES, give date filed: _____
   g. Are any motions currently pending in trial court?    YES ____    NO _X_    If YES, identify motion and date filed: _____
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?
      YES ____    NO _X_    If NO, why not? __No Transcript__
   i. Has this case previously been before this Court under another appeal number? YES, Appeal # _____    NO _X_
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue*, currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      YES _X_    NO ____    If YES, give name of the court, case name, and docket number for each case:
      __District Court for the Northern District of Georgia__
   k. Does this case turn on the validity or correct interpretation or application of a particular statute?
      YES ____    NO ____    If YES, give popular name and citation of statute: _____
7. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution?    YES ____    NO _X_    If so, provide the name of the program and the dates of participation.

Signature __[signature]__    Date __8/12/05__
Name of Party (Print) __Steven Ivey__
Name of Counsel (Print) __pro se__    Firm _____
Address __7611 S. Orange Bl. Tr., #278__
__Orlando, FL 32809__
Phone __757-566-9485__    Fax No. _____

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 10 days by letter, with copies to all other parties, specifically referring to the challenged statement. An original and three copies of such letter should be submitted.

USCA FORM 9
(Rev. 1/99)