# Your AT&T Statement

April 29, 2001



#BWNCJFM

STEVE IVEY

Customer #   7810██████4804
Page 1 of 4

Customer Service:   1 800 224-5610
Call Collect:            706 644-0524
Text Phone (TTY):   1 800 855-2880

| Summary of charges | |
|---|---:|
| Previous balance | - 5.60 |
| Payments | 0.00 |
| Credit balance as of Apr 29 | - $5.60 |
| AT&T One Rate ®College Plan | 20.60 |
| Other charges and credits | 5.40 |
| Taxes and surcharges | 0.87 |
| Current charges | $26.87 |
| Total amount due | $21.27 |
| Date due | May 27, 2001 |

 *Have you heard*
There's more to your AT&T bill than just charges! You'll also find helpful information on services, products and calling plans.
Continued ▶

Continues on back



STEVE IVEY
April 29, 2001

Customer # 7810██████4804

☐ Moving? Check the box and print new address on back.

## Detach and return with payment

Please write your customer number on your check or money order made payable to AT&T. Do not send cash. Do not staple this portion to your payment. Thank you.

| Total amount due | $21.27 |
|---|---:|
| Date due | May 27, 2001 |
| Amount enclosed: | $ |

AT&T DBC
PO BOX 8226
AURORA IL 60572-8226

*Attachment #5*

Customer Service: 1 800 224-5610
Call Collect:           706 644-0524
Text Phone (TTY): 1 800 855-2880



April 29, 2001
Customer # 7810 ▮▮▮▮ 4804
Page 3 of 4

 AT&T

### AT&T One Rate® College Plan

| Description | Amount |
|---|---|
| Calling Card Calls | 20.60 |
| **Total AT&T One Rate (R) College Plan** | **20.60** |

| # | Date | Time | Where | Number called | Type | Rate | Min | Amount |
|---|---|---|---|---|---|---|---|---|
| 1. | Mar21 | 12:38pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 2. | Mar21 | 12:39pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 3. | Mar21 | 12:40pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 2 | 0.40 |
| 4. | Mar21 | 12:43pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 5. | Mar21 | 02:13pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 6. | Mar26 | 04:15pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 7. | Mar26 | 04:29pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 4 | 0.80 |
| 8. | Mar26 | 04:37pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 9. | Mar30 | 03:11pm | CHESAPEAKE VA | 757 ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
|   |       | Called From | ▮▮▮▮ | VA 757 ▮▮▮▮ |         |        |   |      |
| 10. | Mar30 | 03:12pm | CHESAPEAKE VA | 757 ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
|   |       | Called From | ▮▮▮▮ | VA 757 ▮▮▮▮ |         |        |   |      |
| 11. | Mar30 | 03:18pm | PORTSMOUTH VA | 757 ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
|   |       | Called From | ▮▮▮▮ | VA 757 ▮▮▮▮ |         |        |   |      |
| 12. | Mar31 | 04:40pm | ACWORTH GA | 770 966-▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
|   |       | Called From | ▮▮▮▮ | VA 757 ▮▮▮▮ |         |        |   |      |
| 13. | Mar31 | 04:41pm | ACWORTH GA | 770 966-▮▮▮▮ | Station | N/Wknd | 40 | 8.00 |
|   |       | Called From | ▮▮▮▮ | VA 757 ▮▮▮▮ |         |        |   |      |
| 14. | Apr03 | 02:32pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 6 | 1.20 |
| 15. | Apr03 | 03:28pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 2 | 0.40 |
| 16. | Apr03 | 03:31pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 17. | Apr03 | 03:33pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 18. | Apr03 | 03:34pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 2 | 0.40 |
| 19. | Apr03 | 03:36pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 1 | 0.20 |
| 20. | Apr03 | 04:35pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 20 | 4.00 |
| 21. | Apr04 | 08:35pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 8 | 1.60 |
| 22. | Apr04 | 08:43pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 4 | 0.80 |
| 23. | Apr19 | 09:04pm | ▮▮▮▮ | ▮▮▮▮ | Station | N/Wknd | 2 | 0.40 |

Continues on back



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
WASHINGTON, D.C. 20224

Steven Ivey
P.O. Box 15884
Chesapeake, VA   23328

Person to Contact: Mrs. Rascoe
Telephone Number: (202) 622-3662
Refer Reply To: SE:S:C&L:GLD:D:F/2004-03543
Date: February 2, 2005

Dear Mr. Ivey:

This is in response to your letter dated June 24, 2004, for the address, supervisor and legal representative of the Union at the regional Doraville processing center.

We suggest that you contact the Atlanta Campus Disclosure Office at the following address for the requested information.

      IRS – Atlanta Campus Disclosure Office
      Stop 93
      2385 Chamblee Tucker Road
      Chamblee, GA   30341
      ATTN:  Disclosure Officer

We hope the enclosed information will be of assistance to you.

Sincerely,

Symeria R. Rascoe
Tax Law Specialist
HQ Office of Disclosure FOIA
Badge #50-05919

*Attachment #6*

Steven Ivey
Ste. #278, Skyview Pl.
7611 S. Orange Blossom Trail
Orlando, Fl, 32809

IRS-Atlanta Campus Disclosure Office
Stop 93
2385 Chamblee Tucker Road
Chamblee, GA, 30341
Attn: Disclosure Officer

02/22/05

Dear Disclosure Office,

Attacked is a referenced response to a request of the US Treasury for information concerning the representatives and contact addresses for individuals of the National Treasury Employees Union.

The information I am seeking for cases 04-0394, 04-0395, and 04-0396 as present in US District Court for Northern Georgia is as follows:

The Legal Representative or Representing Agent for the NTEU and corresponding address for that individual.

The contact information for the following Union employees and representatives for the purposes of verifying the enclosed attachment as submitted by Robert Hall of the IRS Conversion branch: Lisa Poerter, Angela Strong, and Doug Van Buren.

1

*Attachment #7*

An individual to answer questions concerning the proper and timely procedure for Union meetings and activities in representation of IRS employees.

Any information and questions should be address to myself at the above contact.

Sincerely,

Steven Ivey