# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-5306**　September Term, 2005

05cv01147 -UNA



**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 3/2/06
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

Steven Ivey,
　　Appellant

v.

National Treasury Employees Union,
　　Appellee

Filed On:

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED　MAR 1 3 2006

CLERK

**BEFORE:**　Henderson, Tatel, and Brown, Circuit Judges

### ORDER

Upon consideration of appellant's brief and appendix; and this court's order to show cause filed December 14, 2005, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this case be remanded to the district court for further proceedings. Although an action may be dismissed "for reasons of wise judicial administration . . . whenever it is duplicative of a parallel action already pending in another federal court," Serlin v. Arthur Andersen & Co., 3 F.3d 221, 223 (7th Cir. 1993) (quotations omitted), the instant action raises different claims against a different party than those involved in appellant's other complaints. Furthermore, on this record it is not possible to determine "beyond doubt that [appellant] can prove no set of facts in support of his claim[s] which would entitle him to relief." Conley v. Gibson, 355 U.S. 41, 45-46 (1957).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**



A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk