IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:05CV01147 |
| | ) |
| NATIONAL TREASURY EMPLOYEES UNION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

For the reasons stated in the Defendant's Motion to Dismiss and Defendant's Memorandum of Points and Authorities in Support of Its Motion to Dismiss, it is hereby

ORDERED that the motion to dismiss is GRANTED, and that the complaint of Plaintiff Steven Ivey is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6).

_____      _____
Date                                                    Judge Emmet G. Sullivan
United States District Court for
the District of Columbia