AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven Ivey

      Plaintiff(s)   )
                          )   **APPEARANCE**
                          )
          vs.                )   CASE NUMBER   05-1147 (EGS)
National Treasury Employees Union   )
                          )
     Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Gregory O'Duden__ as counsel in this
                            (Attorney's Name)

case for: __National Treasury Employees Union__
             (Name of party or parties)

__7/25/06__
Date

__DC 254862__
BAR IDENTIFICATION

_/s/ Gregory O'Duden_
Signature

Gregory O'Duden
Print Name

NTEU, 1750 H Street, NW
Address

Washington, DC 20006
City    State    Zip Code

(202) 572-5500
Phone Number

A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven Ivey

       Plaintiff(s)       )
                           )   **APPEARANCE**

          vs.           )   CASE NUMBER   05-1147 (EGS)
National Treasury Employees Union  )

      Defendant(s)     )

To the Clerk of this court and all parties of record:

Please enter the appearance of __Barbara A. Atkin__ as counsel in this
                                     (Attorney's Name)

case for: __National Treasury Employees Union__
                 (Name of party or parties)

__7/25/06__
Date

__Barbara A. H__ (signature)
Signature

DC 225797
BAR IDENTIFICATION

Barbara A. Atkin
Print Name

NTEU, 1750 H Street, NW
Address

Washington, DC 20006
City   State   Zip Code

(202) 572-5500
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven Ivey

      Plaintiff(s)  )
)
)
      vs.  )
National Treasury Employees Union  )
)
      Defendant(s)  )

**APPEARANCE**

CASE NUMBER   05-1147 (EGS)

To the Clerk of this court and all parties of record:

Please enter the appearance of  L. Pat Wynns  as counsel in this
                    (Attorney's Name)

case for:  National Treasury Employees Union
            (Name of party or parties)

7/25/06
Date

/s/ L. Pat Wynns
Signature

DC 257840
BAR IDENTIFICATION

L. Pat Wynns
Print Name

NTEU, 1750 H Street, NW
Address

Washington, DC 20006
City    State    Zip Code

(202) 572-5500
Phone Number

AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Steven Ivey

        Plaintiff(s)     )
                                )  **APPEARANCE**
                                )
        vs.                       )  CASE NUMBER   05-1147 (EGS)
National Treasury Employees Union  )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of  Robert H. Shriver, III  as counsel in this
                                 (Attorney's Name)

case for:  National Treasury Employees Union
                (Name of party or parties)

7/25/06
Date

DC 456858
BAR IDENTIFICATION

Signature

Robert H. Shriver, III
Print Name

NTEU, 1750 H Street, NW
Address

Washington, DC 20006
City   State   Zip Code

(202) 572-5500
Phone Number