IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV01147 |
| ) | |
| NATIONAL TREASURY EMPLOYEES UNION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY BRIEF AND RESPONSE TO PLAINTIFF'S MOTION TO AMEND HIS COMPLAINT**

Defendant National Treasury Employees Union (NTEU) hereby requests that the Court grant it an extension of time, until September 11, 2006, to file a reply in support of its motion to dismiss and to respond to plaintiff Steven Ivey's motion to amend his complaint. In support of its motion, NTEU states as follows:

**1.** Mr. Ivey served his response to NTEU's motion to dismiss and his motion to amend his complaint, along with a sworn declaration, on August 14, 2006. NTEU received these papers on August 17, 2006. Under the local rules of this Court, NTEU's reply in support of its motion to dismiss is due August 24, 2006, and NTEU's response to Mr. Ivey's motion to amend his complaint is due August 28, 2006. An extension of time allowing NTEU to file its reply and response by September 11, 2006, would

give NTEU two weeks after its response to Ivey's motion to amend his complaint would otherwise be due.

    2.    Mr. Ivey's original complaint appears to allege violations of the Fifth Amendment, various provisions of Title 18, and various provisions of Title 42.  In its motion to dismiss, filed on July 25, 2006, NTEU showed that this Court lacks subject-matter jurisdiction over all of Mr. Ivey's claims and that, in any event, Mr. Ivey has failed to state any claim upon which relief can be granted.

    3.    Though it is difficult to ascertain what exactly Mr. Ivey is asserting in response to NTEU's motion to dismiss, it appears that he is attempting to bring new claims against NTEU and against other individuals allegedly connected to NTEU in some fashion who are not parties to this action.  Thus, Mr. Ivey's response to NTEU's motion to dismiss references potential claims for defamation; deprivation of property without due process; violations of the Privacy Act, 5 U.S.C. § 552a; and violations of 42 U.S.C. § 1985.  None of these claims were initially alleged.  Mr. Ivey's motion to amend his complaint references new defendants and purports to add claims of libel, slander, conspiracy under Title 42, perjury under Title 18, violation of First Amendment rights, and retaliation.  Mr. Ivey has not served NTEU with an amended complaint.  NTEU is not

aware of whether Mr. Ivey has served any papers on the other individuals he seeks to add as defendants

4. In order to reply to Mr. Ivey's opposition to NTEU's motion to dismiss, NTEU will have to investigate these new claims and determine the grounds on which NTEU can seek dismissal of them. In addition, to respond to Mr. Ivey's motion to amend his complaint, NTEU counsel will have to locate the individuals he seeks to name as defendants, determine their connection to NTEU (if any), consider whether to represent them in this action, obtain signed representation agreements from them, and draft a response to Mr. Ivey's motion.

5. NTEU Assistant Counsel Robert Shriver has been assigned primary brief-writing responsibility for this case. Mr. Shriver's primary supervisor on this case, NTEU Associate General Counsel L. Pat Wynns, has been out of the office on vacation this entire week. Mr. Shriver had previously made arrangements to be on vacation for the entire week of August 21, 2006. His vacation coincides with the one-week closing of his children's day care center. Upon his return to the office on August 28, 2006, Mr. Shriver will promptly begin to investigate the new claims that Mr. Ivey apparently is seeking to bring and to work on NTEU's response to his motion and reply in support of NTEU's motion to dismiss.

6.   Providing NTEU with the additional time requested is in the interests of justice as it will permit NTEU to address all of Mr. Ivey's purported claims and provide the Court with a comprehensive response addressing both jurisdiction and whether Mr. Ivey has stated any new claims upon which relief could be granted.

7.   Counsel for NTEU has been unable to reach Mr. Ivey, who is proceeding pro se in this matter, to obtain his view on this motion.

## CONCLUSION

For the foregoing reasons, we respectfully request that the Court grant the motion and permit NTEU to submit its reply in support of its motion to dismiss and its response to Mr. Ivey's motion to amend his complaint by September 11, 2006.

Respectfully submitted,

/s/ Gregory O'Duden
GREGORY O'DUDEN
General Counsel

/s/ Barbara A. Atkin
BARBARA A. ATKIN
Deputy General Counsel

/s/ L. Pat Wynns
L. PAT WYNNS
Associate General Counsel for
Appellate Litigation

/s/ Robert H. Shriver, III
ROBERT H. SHRIVER, III
Assistant Counsel

NATIONAL TREASURY EMPLOYEES UNION
1750 H Street, NW
Washington, DC 20006
(202) 572-5553

Date: August 18, 2006        Counsel for Defendant

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

STEVEN IVEY,                         )
                                     )
    Plaintiff,                       )
                                     )
        v.                           )   No. 1:05CV01147
                                     )
NATIONAL TREASURY EMPLOYEES UNION,   )
                                     )
    Defendant.                       )
                                     )

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Defendant's Motion for an Extension of Time To File a Reply Brief and Response to Plaintiff's Motion To Amend His Complaint to be served on this the 18th day of August, 2006, on the following person via first-class mail (postage prepaid):

```
            Steven Ivey
            7611 S. Orange Bl. Tr.
            # 278
            Orlando, FL 32809
```

Date: August 18, 2006                /s/ Robert H. Shriver, III
                                     Robert H. Shriver, III
                                     Assistant Counsel