```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,                        )
                                    )
      Plaintiff,                    )
                                    )
            v.                      )    No. 1:05CV01147
                                    )
NATIONAL TREASURY EMPLOYEES UNION,  )
                                    )
      Defendant.                    )
                                    )
```

**ORDER**

For the reasons set forth in the Defendant's Motion for an Extension of Time To File a Reply Brief and Response to Plaintiff's Motion To Amend His Complaint, it is hereby

ORDERED that said motion is GRANTED, and that defendant's reply in support of its motion to dismiss and response to plaintiff's motion to amend his complaint are due by September 11, 2006.

_____          _____
Date                            Judge Emmett G. Sullivan
                                U.S. District Court for the
                                District of Columbia

Serve on:   Steven Ivey
            7611 S. Orange Bl. Tr.
            # 278
            Orlando, FL 32809