RECEIVED
AUG 2 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA**

Steven Ivey,

    Plaintiff,

    V.                                                      Civil Action No. 05-1147 EGS

National Treasury Employees Union,

    Defendant.

## MOTION TO AMEND PLAINTIFF'S REPLY TO DEFENDANT'S MOTION TO DISMISS TO INCLUDE CHANGE FOR PROPER VENUE AS PER RULE 15

This motion is to amend the plaintiff's previous motion in opposition to dismiss to include issues of change of venue should proper venue, either partially or entirely, not be the DC District. The plaintiff has explained in the previous motion that the allegations, including the Amended Compliant, occurred during and after employment with the US Treasury. Though the plaintiff asserts that the proper venue is the DC District as previously explained, the nature of the claims may require change of venue. Since, the claims have occurred and harmed the plaintiff

1

crossing different jurisdictions which include Virginia, Florida, and Georgia, the plaintiff request that in lieu of dismissal for lack of jurisdiction in the DC District that proper venue should be where the plaintiff lives, Florida, or for efficiency, Georgia. The request and consideration for change of venue is to include the interest of justice.

2

# Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
US Courthouse
333 Constitution Ave, N.W.
Washington, DC, 20001

And regular mail to:

Gregory O'Dunden
NTEU
1750 H Street, NW
Washington, DC, 20006

8-17-06
Date

Steven Ivey
Plaintiff