RECEIVED
AUG 2 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

Steven Ivey,

    Plaintiff,

    V.                                                    Civil Action No. 05-1147 *EGS*

National Treasury Employees Union,

    Defendant.

### PLAINTIFFS REPLY TO DEFENDANT'S MOTION FOR EXTENSION OF TIME

This motion is in reply to the defendant's call to the plaintiff on August 18, 2006 to ask if the plaintiff would agree to a extension of time to file a reply to the amending of the original complaint. The requested time was for two additional weeks from the original response date.

The plaintiff does not object to this extension of time. The plaintiff does, however, reserve the right to respond to any replies within a sufficient time period. For clarity, the plaintiff ask the Court to forward an order of any schedule changes.

1

# Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
US Courthouse
333 Constitution Ave, N.W.
Washington, DC, 20001

And regular mail to:

Gregory O'Dunden
NTEU
1750 H Street, NW
Washington, DC, 20006

8-21-06
Date

Steven Ivey
Plaintiff