RECEIVED
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

Steven Ivey,

    Plaintiff,

    V.

National Treasury Employees Union,

    Defendant.

Civil Action No. 05-1147

**MOTION TO CANCEL PREVIOUS AMEND MOTION**

The plaintiff cancels previous titled " **MOTION TO AMEND DEFENDANTS / COMPLAINT AS PER RULE 15"** in lieu of the substituted accompanying Amended Defendants/ Complaint as per Rule 15. The plaintiff request DC District to make note of such change. The defendant should make note of changes in the subsequent Amended Complaint.

# Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
US Courthouse
333 Constitution Ave, N.W.
Washington, DC, 20001

And regular mail to:

Gregory O'Dunden
NTEU
1750 H Street, NW
Washington, DC, 20006

9-18-06
Date

Steven Ivey
Plaintiff