IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV01147 (EGS) |
| ) | |
| NATIONAL TREASURY EMPLOYEES UNION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

For the reasons stated in the Defendant National Treasury Employees Union's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Jurisdiction and Failure To State a Claim Upon Which Relief Can Be Granted, and in its Memorandum of Points and Authorities in Support of Its Motion to Dismiss, it is hereby

ORDERED that the motion to dismiss is GRANTED, and it is further

ORDERED that the amended complaint of Plaintiff Steven Ivey is hereby dismissed with prejudice pursuant to Fed. R. Civ. Proc. 12(b)(1) and 12(b)(6).

_____             _____
Date                                Judge Emmet G. Sullivan
                                    United States District Court for
                                    the District of Columbia