IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:05CV01147 (EGS) |
| NATIONAL TREASURY EMPLOYEES UNION, et al., | ) |
| Defendants. | ) |

**NOTICE OF ERRATA**

On October 3, 2005, the defendant National Treasury Employees Union (NTEU) filed a motion to dismiss the amended complaint filed by the plaintiff in this action, along with a memorandum of points and authorities in support of its motion to dismiss. On page 6 of the supporting memorandum, NTEU cited this Court's decision in Buesgens v. Coates, 2006 U.S. Dist. LEXIS 27383, *9 (D.D.C., May 9, 2006). Today, counsel for NTEU learned that the Buesgens decision was recently published. The correct citation, therefore, is Buesgens v. Coates, 435 F. Supp. 2d 1, 4 (D.D.C. 20006). Please take note of this correction.

Respectfully submitted,

GREGORY O'DUDEN
General Counsel

BARBARA A. ATKIN
Deputy General Counsel

```
                              /s/ L. Pat Wynns
                              L. PAT WYNNS
                              Associate General Counsel for
                              Appellate Litigation

                              /s/ Robert H. Shriver, III
                              ROBERT H. SHRIVER, III
                              Assistant Counsel

                              NATIONAL TREASURY EMPLOYEES UNION
                              1750 H Street, NW
                              Washington, DC 20006
                              (202) 572-5553

Date:  October 4, 2006        Counsel for Defendant NTEU
```

2

```
          IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF COLUMBIA
```

STEVEN IVEY,                         )
                                     )
    Plaintiff,                       )
                                     )
        v.                           )   No. 1:05CV01147 (EGS)
                                     )
NATIONAL TREASURY EMPLOYEES UNION,   )
et al.                               )
                                     )
    Defendants.                      )
                                     )

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing Notice of Errata to be served today on the following person via first-class mail (postage prepaid):

        Steven Ivey
        7611 S. Orange Bl. Tr.
        # 278
        Orlando, FL 32809

10/4/2006                              /s/ Robert H. Shriver, III
Date                                   Robert H. Shriver, III
                                       Assistant Counsel