UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

Steven Ivey,

   Plaintiff,

            Civil Action No. 05-1147

 V.

National Treasury Employees Union,
  et al.,

   Defendant.

RECEIVED
NOV 1 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ADDITIONAL AMENDED COMPLAINT AS PER RULE 15

### INTRODUCTION

The following amended claims are being amended as per Rule 15. These have been introduced opposition to defendants' Motion to Dismiss dated October 3, 2006 and November 1, 2006.

### AMENDED COMPLAINTS

**I. Restructuring and Reform Act of 1998 (RRA98)**

From the attached documents to the original compliant and the plaintiff's replies in opposition to the defendants' motion to dismiss, it has been demonstrated that for related procedures there was no adherence to the RRA98.

1

## II. 18 USCS § 1513

Retaliating against an Informant as argued in the accompanying opposition reply is applicable for demonstrating the effects of the defendants' action, during and after the plaintiff was employed with the US Treasury.

## III. 5 USCS § 2302 (b)(4),(5), & (8)

As with the above 5 USCS § 2302 (b)(4),(5), & (8) follows as having been argued in support of the plaintiff's claims.

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
US Courthouse
333 Constitution Ave, N.W.
Washington, DC, 20001

And regular mail to:

Gregory O'Dunden
NTEU
1750 H Street, NW
Washington, DC, 20006

11-13-06
Date

Steven Ivey
Plaintiff