IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV01147 |
| ) | |
| NATIONAL TREASURY EMPLOYEES UNION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S
## SUR-REPLY AND SECOND AMENDED COMPLAINT

On November 13, 2006, plaintiff Steven Ivey served on counsel for the defendant National Treasury Employees Union (NTEU) a second amended complaint and a sur-reply in opposition to NTEU's motion to dismiss Ivey's first amended complaint. Both filings should be stricken, and, in any event, the action should be dismissed in its entirety with prejudice for the reasons previously stated in NTEU's opening and reply memoranda.

First, under Federal Rule 15(a), Ivey was required either to obtain leave of the Court or written consent of NTEU to amend his complaint a second time. See Fed. R. Civ. Proc. 15(a). He has failed to do so, submitting only a bald amendment to his previously amended complaint. Ivey did not consult with NTEU counsel prior to filing his second amended complaint, and NTEU does not consent to the further amending of his complaint. Nor

has Ivey requested leave of the Court to file a second amended complaint.

Even if Ivey had requested leave to file a second amended complaint, there would be no basis for the Court to grant such a request.  Ivey has had ample opportunity to state his claims in this litigation.  His proposed second amended complaint alleges no new facts.  Rather, it seeks merely to include additional claims arising from the same facts previously alleged, claims that had arisen (under Ivey's theory) more than five years ago, well before he filed his original and first amended complaints.  In addition, as shown in NTEU's reply memorandum in support of its motion to dismiss (at 10), it would be futile for Ivey to amend his complaint to add the new claims he has identified, as he cannot state a claim against NTEU under the statutes he now cites.  Accordingly, the Court should strike the second amended complaint and dismiss this action.

Second, this Court's rules do not permit the filing of a sur-reply in opposition to a motion.  <u>See</u> LCvR 7.  Ivey must obtain leave of the Court to file a sur-reply and must confer with opposing counsel before requesting leave of the Court.  <u>See</u> LCvR 7(m).  Ivey did not seek leave of the Court to file his sur-reply.  He also did not confer with opposing counsel before filing the sur-reply.  Indeed, NTEU opposes the filing of the sur-reply as NTEU raised no new arguments in its reply

memorandum that would potentially be grounds for the filing of a sur-reply. Rather, the sur-reply is simply a further response to NTEU's motion to dismiss. As such, it should be stricken. In any event, nothing contained in the sur-reply salvages any of Ivey's claims, all of which should be dismissed for the reasons stated in the opening and reply memoranda that NTEU has filed in support of its motion to dismiss.

        Respectfully submitted,

        /s/ Gregory O'Duden
        GREGORY O'DUDEN
        General Counsel

        /s/ Barbara A. Atkin
        BARBARA A. ATKIN
        Deputy General Counsel

        /s/ L. Pat Wynns
        L. PAT WYNNS
        Associate General Counsel for
        Appellate Litigation

        /s/ Robert H. Shriver, III
        ROBERT H. SHRIVER, III
        Assistant Counsel

        NATIONAL TREASURY EMPLOYEES UNION
        1750 H Street, NW
        Washington, DC 20006
        (202) 572-5553

Date: November 21, 2006    Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:05CV01147 (EGS) |
| ) | |
| NATIONAL TREASURY EMPLOYEES UNION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I certify that I caused the foregoing Defendant National Treasury Employee Union's Motion to Strike Plaintiff's Sur-Reply and Second Amended Complaint to be served today on the following person via first-class mail (postage prepaid):

> Steven Ivey
> 7611 S. Orange Bl. Tr.
> # 278
> Orlando, FL 32809

| | |
|---|---|
| 11/21/2006 | /s/ Robert H. Shriver, III |
| Date | ROBERT H. SHRIVER, III |
| | Assistant Counsel |