IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|         v. | )   No. 1:05CV01147 |
| | ) |
| NATIONAL TREASURY EMPLOYEES UNION, | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**ORDER**

For the reasons stated in the Defendant's Motion to Strike Plaintiff's Sur-Reply and Second Amended Complaint, it is hereby

ORDERED that said motion is GRANTED.

_____         _____
Date                                                Judge Emmet G. Sullivan
                                                     United States District Court for
                                                     the District of Columbia