UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA

Steven Ivey,

    Plaintiff,

                     Civil Action No. 05-1147 (EGS)

V.

National Treasury Employees Union,

    Defendant.

*RECEIVED DEC 0 4 2006, NANCY MAYER WHITTINGTON, CLERK, U.S. DISTRICT COURT*

**PLAINTIFF'S OPPOSITION REPLY TO DEFENDANT'S MOTION TO STRIKE SUR-REPLY AND SECOND AMENDED COMPLINT**

The defendant is requesting that the Court strike the plaintiff's amending of the original complaint and the plaintiff's sur-reply to the defendants' opposition to such amending. Since the defendants state that the plaintiff needed to file "leave to proceed" on such motion and reply, the plaintiff in the accompanying "Motions for Leave" has made these request of the Court. The plaintiff has notified and requested such from the defendants in writing. The request are in writing because the nature of the claims and the defendants' behavior are not conducive to phone conferences.

1

Accordingly, F.R.C.P. 15 (c) allows for the amending of the complaint because of 'relation back of amendments.' Thus, the second amending is appropriate since the claims of the amending arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original complaint. The claims presented in the amending arose from the original claims. The granting of the second amending will prevent the plaintiff from filing an additional civil action against the defendants, thus promoting judicial efficiency. Additionally, the allowing of the plaintiff's reply to the defendants' opposition to dismiss the second amending should follow, similarly. Consequently, the defendants Motion to Strike should be dismissed and the plaintiff be allowed to file both the second amending and the associated reply to opposition.

## Certification of Service

The attached document was sent by certified mail to:

Office of the Clerk
US District Court for DC
US Courthouse
333 Constitution Ave, N.W.
Washington, DC, 20001

And regular mail to:

Gregory O'Dunden
NTEU
1750 H Street, NW
Washington, DC, 20006

/2-01-06
Date

Steven Ivey
Plaintiff