UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, :<br> :<br> Plaintiff, :<br>v.   :<br> :<br>NATIONAL TREASURY :<br>EMPLOYEES UNION, *et al.*, :<br> :<br> Defendants. : | Civil Action No. 05-1147 (EGS) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's Motion to Cancel Previous Amend Motion [Dkt. #23] is GRANTED. Plaintiff's "Amended Defendants/Complaint As Per Rule 15" [Dkt. #23] is deemed plaintiff's Amended Complaint. Defendant's Motion to Dismiss [Dkt. #10] and plaintiff's Motion to Amend Defendants['s] Complaint as per Rule 15 [Dkt. #13] are DENIED as moot. It is further

ORDERED that plaintiff's Motion to Reassign Judge [Dkt. #22] is DENIED. It is further

ORDERED that defendant's Motion to Dismiss the Plaintiff's Amended Complaint for Lack of Jurisdiction and Failure to State a Claim Upon Which Relief can be Granted [Dkt. #24] is GRANTED. It is further

ORDERED that defendant's Motion to Strike [Dkt. #30] is GRANTED. It is further

ORDERED that this civil action is DISMISSED WITH PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

Signed:  EMMET G. SULLIVAN
United States District Judge

Dated:  March 27, 2007

Case 1:05-cv-01147-EGS    Document 33    Filed 03/27/2007    Page 2 of 2