UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN IVEY
_____
Plaintiff

vs.

Civil Action No. 05-1147 EGS

National Treasury Employees Union
_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this __8__ day of __May__, 20__07__, that __STEVEN IVEY, pro se, plaintiff__ hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgement of this Court entered on the __23__ day of __March__, 20__07__, in favor of __NTEU__ against said __STEVEN IVEY, pro se__.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days in the United States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses indicated:

[USCADC Form __ (Rev. May 2004)]