# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED
MAY 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_STEVEN IVEY_       USCA No. _____

v.

_National Treasury Employees Union_      USDC No. _05-1147_

## MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS

I, _STEVEN IVEY_, declare that I am the ☒ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Signature _[signed]_
Name of *Pro Se* Litigant (PRINT) _STEVEN IVEY_
Address _7611 S. OBT, #278_
_ORLANDO, FL, 32809_

Submit original with a certificate of service to:

Clerk, U.S. Court of Appeals
for the D.C. Circuit
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]        -1-

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA No._____

## MOTION FOR WAIVER OF FEES

I, __STEVEN IVEY__, declare that because of my poverty I am unable to prepay the costs of retrieval and photocopying the requested documents in the above case. My affidavit is attached.

✓ I believe I am entitled to these documents because:
(Provide a statement of the reasons you wish to present to the Court. You may continue on the other side of this sheet if necessary.)  see attached affidavit.

Signature _____
Name of Requester (Print) __STEVEN IVEY__
Address __7611 S. OBT, #278__
__Orlando, FL, 32809__

Submit original to:

    Clerk
    U.S. Court of Appeals for the D.C. Circuit
    U.S. Courthouse, Room 5423
    Washington, D.C. 20001

USCA Form 53b
(April 2000)

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

## AFFIDAVIT IN SUPPORT OF MOTION TO WAIVE FEES

I swear (affirm) that the responses which I make below to the questions concerning my ability to pay the costs as stated in the motion are true.

1. Are you presently employed?  • Yes  •(No) 

    a. If the answer is "yes", state the amount of your salary or wages per month and give the name and address of your employer. (List both gross and net salary.)

    b. If the answer is "no", state the date of your last employment and the amount of the salary and wages per month which you received.  10/15/06  $900/month

2. Have you received within the past twelve months any income or property from any of the following sources?

    a. Business, profession or other form of self-employment?  • Yes •(No)
    b. Rent payments, interest, or dividends?  • Yes •(No)
    c. Pensions, annuities or life insurance policies?  • Yes •(No)
    d. Gifts or inheritances?  • Yes •(No)
    e. Any other sources?  • Yes •(No)

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

USCA Form 53b
(April 2000)

3. Do you own any cash or checking or savings accounts (including joint accounts)?   (Yes) • No

   a. If the answer is "yes", state the total value of the items owned. $ 2000.—

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   (Yes) • No

   a. If the answer is "yes", describe the property and state its approximate value.

   '91 - Chevy - S-10 - pickup  - $1200.—
   '68 - FORD - Mustang          - $5000.—

5. List any persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.   NONE

I declare under penalty of perjury that the forgoing is true and correct.

Signature of Applicant _____
Name of Requester (Print)  STEVEN IVEY
Address  7611 S. OBT, #278
         ORLANDO, FL, 32809

Executed on (date)  May 8, 2007

USCA Form 53b
(April 2000)

## Affidavit Accompanying Motion for
## Permission to Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

STEVEN IVEY

Case No. 05-1147

v.

National Treasury
Employees Union

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: /s/ Steven Ivey

Date: May 8, 2007

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 650 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property (such as rental income) | $ 0 | $ | $ 6 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ | $ 0 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ 0 | $ |
| Unemployment payments | $ 0 | $ | $ 0 | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ 0 | $ |
| Other (specify): _____ | $ 0 | $ | $ 0 | $ |
| Total monthly income: | $ 650.- | $ N/A | $ 0 | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| Pace Electric | Bit Court, ORL | 9/2/06 - 10/15/06 | $900/month |
| Apollo Electric | Golden Rod, ORL | 5/10/06 - 8/27/06 | $1000/month |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]                     -3-

4. How much cash do you and your spouse have? $ _____

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Washington Mutual | checking | $ 2000.- | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehicle # 1 _1200_ (Value) Make & year: '91 Model: Chevy-S-10 Registration #. |
|---|---|---|
| | | |

| Motor vehicle #2 _5000_ (Value) Make & year '68 Model: Mustang Registration #: | Other Assets (Value) | Other Assets (Value) |
|---|---|---|
| | | |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| US Treasury | $ 75,000 | N/A |
| Nationwide Ins. | $ 2,200 | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| NONE | | |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]    -4-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate:

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ 200 | $ N/A |
| Are real-estate taxes included? | [✓] Yes  [ ] No | |
| Is property insurance included? | [ ] Yes  [✓] No | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 50 | $ N/A |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ 150 | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name): VISA/MC | $ 150 | $ |
| Department store (name): Sears/Pep | $ 50 | $ |
| Other: | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): | $ | $ |
| Total monthly expenses: | $ 600. | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?   Filing Bankruptcy / see attachment

[X] Yes   [ ] No   If yes, describe on an attached sheet.

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.



13. State the address of your legal residence.
7611 S. OBT, #278
ORLANDO, FL, 32809
_____

Your daytime phone number: (757) 560-9485
Your age: 47   Your years of schooling: 16
Your social-security number: 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

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Civil Action No. 05-1147-EGS

STEVEN IVEY,

plaintiff,

                                                AFFIDAVIT FOR IFP

V.

NATIONAL TREASURY EMPLOYEES UNION,

defendant.

**PALINTIFF'S STATEMENT FOR IFP AFFIDAVIT QUESTION # 9**

       This statement is for explanation of question #9 of the IFP affidavit. The plaintiff, Steven Ivey, expects the following changes in expenses and assets to occur in the next twelve months; filing bankruptcy and/or the settlement of monies owed by the defendant, the US Treasury (see question #6).

       The palintiff is in the process of filing bankruptcy on his debts

1

and related credit accounts. The total to be determined by liabilities minus assets.

The defendant, US Treasury, owes the plaintiff approximately $50, 000 to $ 75,000 under 5 USCS 7701 for the review period of MSPB (see attached letter). This amount is for back wages; cost/fees; benefits; and hearing cost. The defendant has offered no resolve of this issue.