IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN IVEY,                        )
                                    )
        Plaintiff,                  )
                                    )
            v.                      )    No. 1:05CV01147 (EGS)
                                    )
NATIONAL TREASURY EMPLOYEES UNION,  )
                                    )
        Defendant.                  )
_____ )

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S RULE 60 MOTION

The plaintiff Steven Ivey has filed a motion seeking relief from the judgment of this Court under Federal Rule of Civil Procedure 60. This motion seeks to overturn the judgment entered by this Court (reported at 2007 U.S. Dist. LEXIS 21794) dismissing all of Ivey's claims for lack of subject-matter jurisdiction and/or for failure to state a claim. Ivey's appeal of this Court's decision was subsequently dismissed as untimely. See Ivey v. NTEU, 2007 U.S. App. LEXIS 20516 (D.C. Cir.). Because Ivey's motion does not allege that there are clerical mistakes in the judgment, he is apparently seeking relief under Rule 60(b). His motion should be dismissed because it fails to establish the existence of any of the circumstances under which a Court would entertain a Rule 60(b) motion. See 12 Moore's Fed. Prac. § 60.40 (3d ed. 2006) (listing the six available grounds for relief from judgment).

In support of his motion, Ivey alludes to "newly revealed issues of perjury and false records." Ivey Mot. at 1. He cites to no new evidence, however, instead relying on the same allegations he has raised repeatedly throughout this litigation. Nor does he demonstrate how any such new evidence would warrant relief from the Court's judgment.

Ivey also alleges an abuse of discretion by this Court. Id. Any alleged abuse of discretion, of course, is an issue to be considered on appeal, and Ivey's attempt to appeal the Court's decision in this case has been dismissed as out of time.

Lastly, Ivey notes that the Federal Labor Relations Authority (FLRA) declined to afford him any relief on his claims. He argues that the FLRA's dismissal of his charge alleging that defendant National Treasury Employees Union (NTEU) breached its duty of fair representation undermines the Court's ruling that his exclusive remedy for any such claim rested with the FLRA. The FLRA dismissed his charge as untimely. This dismissal offers no support for Ivey's claim that the FLRA does not have exclusive jurisdiction over his claim that NTEU breached its duty of fair representation.

At bottom, Ivey is seeking to re-litigate the issues resolved by this Court. He has, however, failed to show the existence of any circumstances that would warrant re-litigation or reconsideration of the same issues. Ivey's motion for relief

from this Court's judgment against him, therefore, is without

merit.  Accordingly, the defendant respectfully requests that

the Court deny his motion with prejudice.

                               Respectfully submitted,

                               /s/ Gregory O'Duden
                               GREGORY O'DUDEN
                               General Counsel

                               /s/ Barbara A. Atkin
                               BARBARA A. ATKIN
                               Deputy General Counsel
                               /s/ L. Pat Wynns
                               L. PAT WYNNS
                               Associate General Counsel for
                               Appellate Litigation

                               /s/ Robert H. Shriver, III
                               ROBERT H. SHRIVER, III
                               Assistant Counsel

                               NATIONAL TREASURY EMPLOYEES UNION
                               1750 H Street, NW
                               Washington, DC 20006
                               (202) 572-5553

Date:  September 17, 2007     Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
STEVEN IVEY,                        )
                                    )
        Plaintiff,                  )
                                    )
             v.                     )    No. 1:05CV01147
                                    )
NATIONAL TREASURY EMPLOYEES UNION,  )
                                    )
        Defendant.                  )
_____)
```

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing DEFENDANT'S

OPPOSITION TO PLAINTIFF'S RULE 60 MOTION to be filed today on

the following person via first-class mail (postage prepaid):

                    Steven Ivey
                    7611 S. Orange Bl. Tr.
                    # 278
                    Orlando, FL 32809


Date:  September 17, 2007          /s/ Robert H. Shriver, III
                                   Robert H. Shriver, III
                                   Assistant Counsel