# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7083**                        **September Term, 2006**

05cv01147

Filed On:

Steven Ivey,
      Appellant

v.

National Treasury Employees Union,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED AUG 2 2 2007

CLERK

**BEFORE:** Ginsburg, Chief Judge, and Henderson and Griffith, Circuit Judges

## ORDER

Upon consideration of the Clerk's order to show cause, filed June 12, 2007, why this appeal should not be dismissed as untimely, and the response thereto, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED**, on the court's own motion, that this appeal be dismissed as untimely. The district court's order, from which this appeal is taken, was entered March 27, 2007. Under Federal Rule of Appellate Procedure 4(a)(1)(A), a notice of appeal must be filed within 30 days after the judgment or order appealed from is entered, or in this case, by April 26, 2007. Because appellant's notice of appeal was not filed until May 11, 2007, it was untimely.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 9/25/07
BY:
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk