UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN IVEY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-1147 (EGS) |
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | : |
| Defendants. | : |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's Motion As Per FRCP Rule 60 [Dkt. #37] is DENIED, and it is further

ORDERED that plaintiff's Motion to Reassign Judge [Dkt. #38] is DENIED.

SO ORDERED.

Signed:   EMMET G. SULLIVAN
United States District Judge

Dated:   September 4, 2008